```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         COLUMBIA DIVISION
```

**FRANCILLE M. ABLES**            )
                                  )
v.                                )    Civil Action No. 1:11-0007
                                  )    Judge Campbell/Knowles
**HICKMAN COUNTY, TENNESSEE**     )

## O R D E R

Pending before the Court is the parties' Joint Motion for Extension of Time. Docket No. 35. The parties are directed to confer on a proposed case management order, including a target trial date, to be submitted on or before July 26, 2012. If the parties cannot agree on deadlines, counsel shall promptly contact the Court, and a Case Management Conference will be held on **August 2, 2012, at 10:00 a.m.**

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge