IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| FRANCILLE M. ABLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:11-0007 |
| | ) JUDGE CAMPBELL/KNOWLES |
| | ) |
| HICKMAN COUNTY, TENNESSEE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On June 27, 2012, the Court entered an Order, the body of which states as follows:

> Pending before the Court is the parties' Joint Motion for Extension of Time. Docket No. 35. The parties are directed to confer on a proposed case management order, including a target trial date, to be submitted on or before July 26, 2012. If the parties cannot agree on deadlines, counsel shall promptly contact the Court, and a Case Management Conference will be held on **August 2, 2012, at 10:00 a.m.**

Docket No. 38 (boldface in original).

Counsel did not submit a proposed Case Management Order, either before or after July 26, 2012. Counsel did not promptly contact the Court and advise that they could not agree on deadlines. No one appeared for the Case Management Conference at 10:00 a.m. on August 2, 2012.

A Case Management Conference will be held in this action on **August 20, 2012, at 11:00 a.m.** At that time, counsel for the parties shall appear and shall be prepared to explain why they failed to comply with the Court's previous Order. The parties shall also be prepared to discuss

new deadlines and shall agree on those deadlines prior to the Case Management Conference if they are able to so agree.

       IT IS SO ORDERED.

                                                              _____
                                                              E. Clifton Knowles
                                                              United States Magistrate Judge